UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID W. SPENCER #888746,

                    Plaintiff,                                    Case No. 1:13cv105

v.                                                               Hon. Robert J. Jonker

RON BOYSEN, et al.,

                    Defendant.
_____/

**ORDER**
**APPROVING AND ADOPTING REPORT AND RECOMMENDATION**

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on March 11, 2015. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed March 11, 2015, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that the motions for summary judgment (docket #26) filed by defendants Boysen and Brummel are **GRANTED** and plaintiff's motion for summary judgment (docket #39 is **DENIED**. This matter is **DISMISSED**.

                                                    /s/Robert J. Jonker
                                                    ROBERT J. JONKER
                                            UNITED STATES DISTRICT JUDGE

Dated:  March 31, 2015